UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ANN PROTZEL, | No. 2:14-cv-02875-KJM-AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ALAW AND ALAW, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. On December 9, 2014, plaintiff filed a complaint against defendants along with a motion to proceed in forma pauperis. ECF Nos. 1 & 2. Plaintiff then filed a first amended complaint ("FAC") and second motion to proceed in forma pauperis on December 19, 2014, superseding her previous filings. ECF Nos. 3 & 4. On January 15, 2015, the court granted plaintiff's motion to proceed in forma pauperis and dismissed her claims with instructions to file an amended complaint within thirty (30) days. ECF No. 5. Plaintiff has yet to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to

////

////

////

1

Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: April 7, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE